JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 13-01967 DMG (MRWx)** | Date | July 25, 2013 |
|---|---|---|---|

| Title | *Michael Reza, et al. v. Homeservices Lending LLC, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER REMANDING ACTION**

On July 3, 2013, this Court issued an Order to Show Cause ("OSC") why the action should not be remanded to Los Angeles County Superior Court for lack of subject matter jurisdiction.  [Doc. # 32.]  Defendants filed a response to the OSC on July 17, 2013 [Doc. # 34], and a supplemental response on July 23, 2013 [Doc. # 36].

Specifically, the Court ordered Defendants to demonstrate that HomeServices Lending, LLC ("HSL") is not a citizen of California under the standard set forth in *Johnson v. Columbia Props. Advantage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[A] [limited liability company] is a citizen of every state in which its owners/members are citizens.").  The supplemental response states that Defendant HSL is owned in part by Wells Fargo Ventures, LLC, which in turn is a wholly owned subsidiary of Wells Fargo Bank, N.A.  Accordingly, pursuant to *Johnson* and this Court's finding in *Rouse v. Wachovia Mortgage, FSB*, No. CV 11-00928, 2012 WL 174206, 2012 U.S. Dist. LEXIS 6962 (C.D. Cal. Jan. 13, 2012), HSL is a citizen of California because it is partly owned by Wells Fargo Bank, N.A., which is a California citizen.  Because Plaintiffs are also citizens of California, this Court lacks subject matter jurisdiction.  *See* 28 U.S.C. § 1332(a).

In light of the foregoing, the action is remanded to Los Angeles County Superior Court. The motion to dismiss [Doc. # 27] is **DENIED** as moot.

**IT IS SO ORDERED.**